# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1395

_____

Juan Antonio Marquez Orellana

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: December 11, 2015
Filed: December 21, 2015
[Unpublished]

_____

Before SMITH, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Juan Antonio Marquez Orellana, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the

decision of an immigration judge denying him withholding of removal.[1]  After careful consideration, we conclude that substantial evidence supported the denial of withholding of removal, because Marquez Orellana did not show a clear probability that his life or freedom would be threatened because of a protected ground should he be returned to El Salvador.  See Davila-Mejia v. Mukasey, 531 F.3d 624, 627, 629 (8th Cir. 2008) (standard of review; standard for showing eligibility for withholding of removal).  Specifically, the two groups in which he asserts membership as grounds for his claim are not recognized as particular social groups for purposes of immigration relief.  See Matul-Hernandez v. Holder, 685 F.3d 707, 711-13 (8th Cir. 2012) (individuals returning from United States and perceived as wealthy do not constitute recognized particular social group); Gaitan v. Holder, 671 F.3d 678, 682 (8th Cir. 2012) (young males who have rejected or resisted gang recruitment do not constitute recognized particular social group).

The petition for review is denied.  See 8th Cir. R. 47B.

_____

[1]Marquez Orellana was also denied asylum and relief under the Convention Against Torture, but he does not seek review of those denials.

-2-